```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DANIEL CLARK WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMDEN COUNTY JAIL,<br><br>        Defendant. | Civil Action<br>No. 16-7379 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Daniel Clark Williams seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

According to the application submitted by Plaintiff, Plaintiff earns $2,440 per month, from wages and received benefits, and has $400 in his checking accounts. *Id.* After taking into consideration the listed monthly expenses,[1] it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

---

[1] Plaintiff indicates he spends $2,120 per month; however, that number includes $200 per month on "recreation, entertainment, newspapers, magazines, etc." Plaintiff therefore can pay the filing and administrative fees without being deprived of life's necessities.

An appropriate order follows.

**December 28, 2016**         **s/ Jerome B. Simandle**
Date        JEROME B. SIMANDLE
       Chief U.S. District Judge